

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-76,591

### EX PARTE DANIEL ROY SETTLE, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. A13469-9907 IN THE 242nd DISTRICT COURT
### FROM HALE COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of delivery of a controlled substance and sentenced to ten years' imprisonment. The Seventh Court of Appeals affirmed his conviction. *Settle v. State*, No. 07-03-00151-CR (Tex. App.–Amarillo, delivered May 14, 2004).

In this subsequent application, Applicant contends, *inter alia*, that he is actually innocent due

to a *Brady*[1] violation that occurred in this case. Based upon our independent review of the record, we find that material and exculpatory evidence was not disclosed to the Applicant in this case and he is entitled to relief because he has met the threshold for a claim of innocence. *Schlup v. Delo*, 513 U.S. 298 (1995).

Relief is granted. The judgment in Cause No. A13469-9907 in the 242nd Judicial District Court of Hale County is set aside, and Applicant is remanded to the custody of the Sheriff of Hale County to answer the charges as set out in the indictment. The trial court shall issue any necessary bench warrant within 10 days after the mandate of this Court issues.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: June 29, 2011
Do Not Publish

---

[1] *Brady v. Maryland*, 373 U.S. 83 (1963).